**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CLAUDIA GARCIA | § | |
| | § | |
|     Plaintiff, | § | Civil Action No. 3:06-CV-01936-D |
| v. | § | (Consolidated with |
| | § | Civil Action No. 3:06-CV-01937-D, |
| BOYAR & MILLER, PC; CAFÉ EXPRESS, | § | Civil Action No. 3:06-CV-01938-D, |
| LLC; WENDY'S INTERNATIONAL, INC.; | § | Civil Action No. 3:06-CV-01939-D |
| AUGUSTA FOODS, LLC; JAY WILLIAM | § | Civil Action No. 3:06-CV-02177-D |
| BOYAR; DAVID M. BOND; GARY W. | § | Civil Action No. 3:06-CV-02206-D |
| MILLER; TIMOTHY J. HEINRICH; | § | Civil Action No. 3:06-CV-02236-D |
| STEVEN D. KESTEN; STEPHEN L. | § | Civil Action No. 3:06-CV-02241-D |
| JOHNSON; TRENT L. ROSENTHAL; LEE | § | Civil Action No. 3:06-CV-00984-D) |
| A. COLLINS; CHRIS HANSLICK; E. | § |  and, |
| MICHELLE BOHREER; and BAKER, | § | Civil Action No. 4:06-CV-03374 |
| DONELSON, BEARMAN, CALDWELL & | § | (originally removed to the Southern |
| BEARKOWITZ, P.C. | § | District of Texas) |
| | § | |
|     Defendants. | § | **ECF** |
| | § | |

## STIPULATION OF DISMISSAL – CAFÉ EXPRESS, LLC
## AND WENDY'S INTERNATIONAL, INC.

TO THE HONORABLE JUDGE:

    COMES NOW, all Plaintiffs in these consolidated cases and Defendants Café Express, LLC and Wendy's International, Inc. and file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) asking the Court to dismiss Defendants Café Express, LLC and Wendy's International, Inc. ONLY, reserving all rights to all non-settling parties.

1. Plaintiffs reached a confidential settlement agreement with Defendants Café Express, LLC and Wendy's International, Inc. Plaintiffs move to dismiss this suit with prejudice against Defendants Café Express, LLC and Wendy's International, Inc.

2. Defendants Café Express, LLC and Wendy's International, Inc. agree to the dismissal.

3. This dismissal is with prejudice to refilling.

4. Plaintiffs shall not recover any costs from Café Express, LLC and Wendy's International, Inc.  Café Express, LLC and Wendy's International Inc. shall not recover any costs from plaintiffs.

Respectfully submitted,

_____s/Stan Broome_____
**Stanley D. Broome**
State Bar No. 24029457
**Matthew W. Bobo**
State Bar No. 24006860

BROOME BOBO LLP
105 Decker Court, Ste. 850
Irving, Texas 75062
(214) 574-7500 (Telephone)
(214) 574-7501 (Facsimile)

**Jaime Barron**
State Bar No. 24009889
Jaime Barron, P.C.
5415 Maple Avenue, Suite 114
Dallas, Texas 75235
(214) 267-9300 (Telephone)
(214) 267-9302 (Facsimile)

**ATTORNEYS FOR THE PLAINTIFFS**

_____s/William Church_____
**William Church**
Akin, Gump, Strauss, Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100

Dallas, Texas 75201-4675

**ATTORNEYS FOR THE DEFENDANTS CAFÉ EXPRESS, LLC AND WENDY'S INTERNATIONAL, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Stipulation of Dismissal* has been served on counsel through the ECF system and/or certified mail, return receipt requested, in accordance with the Rules of Civil Procedure as set forth below, on this 27th day of March, 2008.

**William D. Cobb, Jr.**
COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
wcobb@cobbmartinez.com

**Stephen R. Bailey**
CRUSE, SCOTT, HENDERSON & ALLEN, LLP
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
sbailey@crusescott.com

**Karri J. Webb-Oldham**
LYMAN, TWINING, WEINBERG & FERRELL, P.C.
1221 McKinney, 3600 One Houston Center
Houston, Texas 77010
kwebb@lymanlaw.com

                                               \_\_s/Stan Broome_____
                                               Stanley D. Broome