IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLAUDIA GARCIA, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 3-06-CV-1936-O |
| | § | |
| BOYAR & MILLER, P.C., ET AL. | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| PEDRO CEBRIAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-08-CV-0612-O |
| | § | |
| BOYAR & MILLER, P.C., ET AL. | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The court has been advised that these cases have settled. Stipulations of dismissal, signed by all counsel of record, must be filed in each case by **November 30, 2009**. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The cases will be dismissed without further notice on terms set by the court if stipulations of dismissal are not filed by that date.

In view of this settlement, all pending motions are denied without prejudice. The *Garcia* case will remain on the March 1, 2010 trial docket until the parties file their stipulations of dismissal.

SO ORDERED.

DATED: November 10, 2009.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE